### STATE NAT. BANK OF ARDMORE v. STATE.

No. 8938—Opinion Filed May 14, 1918.

(172 Pac. 1073.)

**Intoxicating Liquors—Transportation —Seizure of Automobile.**

Prior to the enactment of chapter 188 of the 1917 Session Laws of the state of Oklahoma, there was no legal authority for the seizure and confiscation of an automobile used for the unlawful transportation of intoxicating liquors.

(Syllabus by Collier, C.)

Error from County Court, Love County; J. H. Hays, Judge.

Action by the State of Oklahoma to confiscate an automobile claimed by the State National Bank of Ardmore. From an order of confiscation, and the overruling of its motion for a new trial, the Bank brings error. Reversed and remanded, with instructions to return automobile to party entitled thereto.

J. C. Graham, for plaintiff in error.

S. P. Freeling, Atty. Gen., and Hunter L. Johnson, for the State.

Opinion by COLLIER, C. This is an action brought to confiscate an automobile used for the unlawful transportation of intoxicating liquors, and was seized on the 26th day of August, 1916. On the trial of the cause the automobile was ordered confiscated, to which the defendant duly excepted. Motion for a new trial was overruled, excepted to, and error brought to this court.

The defendant in error, the state of Oklahoma, has filed in this cause a confession of error, admitting that there was no law prior to the approval of chapter 188 of the 1917 Session Laws of the state that authorized the seizure and confiscation of an automobile used for the unlawful transportation of intoxicating liquors.

This cause is reversed and remanded, with instructions that the automobile seized be returned to the possession of the party entitled thereto.

By the Court: It is so ordered.